# UNITED STATES DISTRICT COURT
MIDDLE District of TENNESSEE

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JEROME SAWYERS | Case Number: 3:01-00133 |
| | USM Number: 17144-075 |
| | Ronald Clayton Small |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) One (1) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 2/13/16 |
| 2 | Defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment | 3/23/16 |
| 3 | Defendant shall be placed on home detention under further order of the Court; the Defendant is restricted to his residence at all times except for employment, medical appointments or treatment needs, religious serves, court appearances, and any other reasons as pre-approved by the Probation Office; Defendant shall be placed on electronic monitoring; Defendant shall pay the costs of electronic monitoring at the prevailing rate according to ability as determined by the Probation Office | 3/23/16 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) Two (2) and Three (3) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 1503

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Mt. Juliet, Tennessee

March 24, 2016
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

March 24, 2016
Date

DEFENDANT: JEROME SAWYERS      Judgment — Page 2 of 2  
CASE NUMBER: 3:01-00133

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __twenty-four (24) months__

No period of Supervised Release is imposed.

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

     ____ at _____ p.m. on _____

     ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

     ____ before 2 p.m. on _____

     ____ as notified by the United States Marshal.

     ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal